

Seth B. Waxman<br>
Partner<br>
swaxman@mitchellsandler.com

June 12, 2025

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
New York, New York 10007

    RE:    *United States v. Daniel Ferris, et al*, Case No. 1:22-cr-00155-PAE

Dear Judge Engelmayer,

    I write to advise the Court that I am no longer working with the law firm of Dickinson Wright PLLC, effective May 2, 2025, having changed law firms to now work for Mitchell Sandler PLLC. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate the undersigned as counsel of record for Defendant Daniel Ferris in the above-captioned case and remove the undersigned from all future ECF notifications.

Very truly yours,

/s/ Seth B. Waxman

Seth B. Waxman

cc:    All Counsel of Record (by ECF)

**MITCHELL SANDLER PLLC**
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260
info@mitchellsandler.com